| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 04-CR-60(S-1)-01 |

## TRANSFER OF JURISDICTION

07CRIM 492

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| MIAN SHAHID<br><br>In BOP custody | Eastern District of New York | Brooklyn, New York |
| | NAME OF SENTENCING JUDGE | |
| | John Gleeson, U.S. District Judge | |
| | DATES OF PROBATIONAL SUPERVISED RELEASE | FROM 4/17/06 | TO 4/16/09 |

**OFFENSE**

Transferring a Social Security Card Produced Without Lawful Authority, in violation of 18 U.S.C.§§ 1028(a)(2), (b)(1)(A)(i), and (c)(1), a Class C Felony.

*(Stamp: JUDGE RAKOFF)*

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____EASTERN____ DISTRICT OF ____NEW YORK____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ~~Eastern~~ SOUTHERN District of New York _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4-24-07
_____
Date

*(signature)* John Gleeson
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____SOUTHERN____ DISTRICT OF ____NEW YORK____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 01 2007
_____
Effective Date

*(signature)*
_____
United States District Judge

ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

*(signature: Rakoff)*