REQUEST FOR COURT ACTION

| | | |
|---|---|---|
| TO: | Mr. James Molinelli<br>Miscellaneous Clerk | OFFENSE: Transferring a Social Security Card Produced Without Lawful Authority (18 USC 1028) |
| | | ORIGINAL SENTENCE: 18 months imprisonment, to be followed by three (3) years supervised release |
| FROM: | Kevin G. Gilliland<br>US Probation Officer | SPEC. CONDITIONS: $4,000 fine |
| | | AUSA: Unassigned in SDNY |
| RE: | Mian Shahid<br>Undocketed in SDNY | MED: May 23, 2007 |

DATE OF SENTENCE: May 23, 2007

DATE: May 29, 2007

ATTACHMENTS: EDNY PSR and Judgement

REQUEST FOR: Jurisdiction

---

### REQUEST FOR ACCEPTANCE OF JURISDICTION

**CUSTODY STATUS**

Mian Shahid is currently in federal custody, facing new criminal charges.

**BACKGROUND**

Mian Shahid was previously convicted in the Eastern District of New York (hereafter the "EDNY") under EDNY Docket # CR-04-60. This was a case presided over by the Honorable John Gleeson. Having completed service of his eighteen (18) months imprisonment on that case on April 16, 2006, Shahid commenced his three-year supervised release term as a resident of the Bronx, New York. As such, his supervision has been conducted by US Probation Officers for the Southern District of New York (hereafter the "SDNY").

(Rev. eVOP 1/25/07)

Shahid, Mian
2

During the supervision term, on April 10, 2007, Shahid was rearrested on new federal charges. Charges remain pending in the SDNY under SDNY Docket # 7-MJ-564. Shahid remains in custody in lieu of his meeting all of the conditions of a bail package set forth by US Magistrate Judge Henry B. Pitman.

The undersigned wrote to the EDNY subsequent to Shahid's new arrest. Notification was made of the new arrest and charges, so that Judge Gleeson could weigh whether a violation of supervised release was committed. In reply, Judge Gleeson ordered that jurisdiction be transferred to the SDNY

**RECOMMENDATION**

We tend to concur with Judge Gleeson's assessment that jurisdiction should be transferred in to the SDNY. Eventually, Shahid's new SDNY case will be assigned to a District Judge, at which time the case will be adjudicated. That case will also formulate the basis for a supervised release violation. It is our intention that this case to be transferred in also be assigned to the Judge who will eventually preside over the new Shahid criminal charges. As the trier of fact on the underlying case, the SDNY Judge would then be in position to apply that conduct toward assessing whether, and to what degree, a supervised release violation was committed.

Therefore, we respectfully request that jurisdiction be accepted into this district. Attached, Please find in duplicate, Form 22 affirmed already by Judge Gleeson to transfer the case out of the EDNY. An SDNY Judge would need affirm Part II of the Forms to accept jurisdiction.

Respectfully submitted,

_____
Kevin G. Gilliland
Sr. U.S. Probation Officer

Approved by:

_____
Victor W. Jeffrey
Supervising U.S. Probation Officer

(Rev eVOP 1/25/07)