## ABRAMSON & MORAK

ATTORNEYS AT LAW

35 WORTH STREET

NEW YORK, NEW YORK 10013

ALAN M. ABRAMSON*
GLENN H. MORAK

(212) 226-7098
FAX (212) 226-4559

*MEMBER OF NEW YORK AND CONNECTICUT BARS



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

June 23, 2008

The Honorable Colleen McMahon
United States District Judge
United States District Court Southern District of New York
500 Pearl Street
New York, New York 10013

Re: <u>United States v. Michelle Gluck</u>
<u>Docket #07-CR-492-01 (CM)</u>

Dear Judge McMahon:

    My client Michelle Gluck was sentenced by Your Honor on March 26, 2008 to a term of ten months imprisonment. The Court had allowed her to self surrender to the Bureau of Prisons in September 2008.

    I am writing your Honor on two separate matters. First, Ms. Gluck is requesting that she be permitted to take a one day trip with her family to Great Adventure in Jackson, New Jersey on June 26th or June 27th, 2008.

    More importantly, after talking it over with her family, Ms. Gluck has decided that she would like to begin serving her sentence as soon as possible. She has contacted the Correctional Facility in Danbury as well as Probation Officer Ms. Perea and has confirmed that there is room available at the facility. She was informed by her Pretrial Officer, Jeffrey Steimel, that she must request that the Court update her surrender date to June 29th, 2008 so that she will not have any problem self-surrendering on that date.

Therefore for the reasons set forth above, I am requesting permission for Ms. Gluck to travel to Great Adventure in Jackson, New Jersey with her family on June 25th or June 26th for a one day outing. I am further requesting that the Court update the surrender date so that Ms. Gluck will be able to self-surrender next Sunday, June 29, 2008.

Respectfully submitted,

Alan M. Abramson

_____  6/25/08
So Ordered As to the Travel Request
The Honorable Colleen McMahon

_____  6/25/08
So Ordered As to the Surrender Request
The Honorable Colleen McMahon